NO. 07-12-00250-CV
 
 IN THE COURT OF APPEALS
 
 FOR THE SEVENTH DISTRICT OF TEXAS
 
 AT AMARILLO
 
 PANEL B
 
--------------------------------------------------------------------------------
JULY 5, 2012
--------------------------------------------------------------------------------

 
 IN RE R. WAYNE JOHNSON, RELATOR
--------------------------------------------------------------------------------

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

 MEMORANDUM OPINION
 
 Relator R. Wayne Johnson, proceeding pro se, has filed a petition seeking a writ of mandamus compelling the respondent, the Honorable Edward L. Self, Judge of the 242nd District Court of Castro County, to rescind an order dismissing a lawsuit Johnson filed in Castro County. According to Johnson, Judge Self abused his discretion by dismissing the suit because mandatory venue lay in another county. We previously denied Johnson's mandamus relief for this same dismissal. In re Johnson, No. 07-11-0433-CV, 2011 Tex. App. Lexis 8662 (Tex.App.--Amarillo Oct. 31, 2011, orig. proceeding) (per curiam) (mem. op.). We also affirmed the dismissal on Johnson's appeal. Johnson v. Cornelius, No. 07-11-0091-CV, 2011 Tex. App. Lexis 7762 (Tex.App.--Amarillo Sept. 28, 2011, no pet.) (mem. op.). The contentions in his present petition are variations on the same arguments he made in those proceedings. Johnson's petition is denied.

Per Curiam